GABROY LAW OFFICES
Christian Gabroy (#8805)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel   (702) 259-7777
Fax   (702) 259-7704
christian@gabroy.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIANA LOWE, an individual;<br><br>                    Plaintiff,<br>vs.<br><br>STATION GVR ACQUISITION LLC d/b/a and a/k/a GREEN VALLEY RANCH RESORT SPA CASINO; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>                    Defendants. | Case No.:  2:16-cv-00938-JCM-PAL<br><br>**MOTION TO REMOVE FORMER COUNSEL FROM CM/ECF SERVICE LIST; [PROPOSED] ORDER** |

Pursuant to L.R. IA 11-6, Plaintiff by and through her counsel, Gabroy Law Offices, respectfully moves this court for an order to remove former counsel, Oscar Peralta, Esq. from the CM/ECF service list and any mailing list on the above referenced matter.

Mr. Peralta previously represented Plaintiff as an associate attorney at Gabroy Law Offices. However, he is no longer affiliated with Gabroy Law Offices, no longer represents Plaintiff, and has no further need to receive CM/ECF notification or mail in this case. Please continue to direct all notices and correspondence regarding this case to the attention of Christian Gabroy, Esq.

Gabroy Law Offices will continue to represent Plaintiff.

Page 1 of 4

A courtesy copy of this Motion per L.R. IA 11-6 is being simultaneously mailed to the client and our office has otherwise informed the client of notice of this motion. Plaintiff's legal representation is not affected by this motion.

By this motion, Counsel seeks an Order that Mr. Peralta's name be removed as counsel of record for Plaintiff and that his email address be removed from the CM/ECF notification list on this matter.

DATED this 8th day of August, 2016.

       /s/ Christian Gabroy_____
GABROY LAW OFFICES
Christian Gabroy, Esq. (#8805)
The District at Green Valley Ranch
170 South Green Valley Pkwy
Suite 280
Henderson, Nevada 89012
Tel   (702) 259-7777
Fax  (702) 259-7704
christian@gabroy.com
*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of August, 2016, I caused to be served a true and correct copy of the foregoing **MOTION TO REMOVE FORMER COUNSEL FROM CM/ECF SERVICE LIST; [PROPOSED] ORDER** on the following person(s) by the following method(s) pursuant to FRCP 5:

    X    by service by electronic means to all parties in the case.

Semenza, Kircher, Rickard
Lawrence J. Semenza, III, Esq.
Christopher D. Kircher, Esq.
Jarrod L. Rickard, Esq.
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
Fax: (702) 920-8669

John E. Fitzsimmons
Kevin D. Harlow
401 B Street, Suite 1700
San Diego, CA 92101
Fax: (619) 699-2701
*Attorneys for Defendant*

                              GABROY LAW OFFICES

                              By: ____/s/ Christian Gabroy____
                              Christian Gabroy (#8805)
                              170 South Green Valley Parkway
                              Suite 280
                              Henderson, Nevada 89012
                              Tel    (702) 259-7777
                              Fax   (702) 259-7704
                              *Attorneys for Plaintiff*

GABROY LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777  FAX: (702) 259-7704

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIANA LOWE, an individual;<br><br>         Plaintiff,<br>vs.<br><br>STATION GVR ACQUISITION LLC d/b/a and a/k/a GREEN VALLEY RANCH RESORT SPA CASINO; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>         Defendants. | Case No.: 2:16-cv-00938-JCM-PAL<br><br>**[PROPOSED] ORDER GRANTING MOTION TO REMOVE FORMER COUNSEL FROM CM/ECF SERVICE LIST** |

THIS MATTER came before the Court on the Plaintiff's Motion to Remove Former Counsel from CM/ECF Service List. Having fully considered the submissions and arguments of the parties,

IT IS HEREBY ORDERED THAT Oscar Peralta, Esq. (operalta@gabroy.com) be removed from the CM/ECF service list and have no further need to receive CM/ECF notification or mail in this case.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 9, 2016