UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TIANA LOWE, | Case No. 2:16-CV-938 JCM (PAL) |
| Plaintiff(s), | ORDER |
| v. | |
| STATION GVR ACQUISITION LLC d/b/a and a/k/a GREEN VALLEY RANCH RESORT SPA CASINO, et al., | |
| Defendant(s). | |

Presently before the court is plaintiff Tiana Lowe's first motion to amend complaint. (ECF No. 33). Defendant Station GVR Acquisition LLC d/b/a and a/k/a Green Valley Ranch Resort Spa Casino has filed a response (ECF No. 36), to which plaintiff replied (ECF No. 37).

Federal Rule of Civil Procedure 15(a) provides that leave to amend "shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). The United States Supreme Court has interpreted Rule 15(a) and confirmed the liberal standard district courts must apply when granting such leave.

In *Foman v. Davis*, 371 U.S. 178 (1962), the Supreme Court explained: "[i]n the absence of any apparent or declared reason—such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of the amendment, etc.—the leave sought should, as the rules require, be 'freely given.'" *Id.* at 182.

Further, local rule 15-1(a) also requires that a plaintiff submit a proposed, amended complaint along with its motion to amend. LR 15-1(a). Plaintiffs included a proposed amended complaint with their motion to amend in compliance with this rule. (ECF No. 33-1).

Furthermore, in its response, defendant does not oppose plaintiff's motion. (ECF No. 36).

**James C. Mahan**
**U.S. District Judge**

1    Based on the foregoing, the court finds good cause to grant plaintiff leave to amend her
2  complaint.
3    Accordingly,
4    IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's first motion to
5  amend complaint (ECF No. 33) be, and the same hereby is, GRANTED.
6    IT IS FURTHER ORDERED that plaintiff shall file an amended complaint identical to that
7  attached to the motion to amend (ECF No. 33-1) within seven (7) days of the entry of this order.
8    DATED August 30, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**