LAWRENCE J. SEMENZA, III, ESQ., Bar No. 7174
Email: ljs@skrlawyers.com
CHRISTOPHER D. KIRCHER, ESQ., Bar No. 11176
Email: cdk@skrlawyers.com
JARROD L. RICKARD, ESQ., Bar No. 10203
Email: jlr@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:  (702) 835-6803
Facsimile:   (702) 920-8669

JOHN E. FITZSIMMONS (*Pro Hac Vice*)
john.fitzsimmons@dlapiper.com
KEVIN D. HARLOW (*Pro Hac Vice*)
kevin.harlow@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, California 92101
Telephone: 619.699.2700
Facsimile:  619.699.2701

Attorneys for Defendant
STATION GVR ACQUISITION LLC d/b/a
GREEN VALLEY RANCH RESORT SPA CASINO

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TIANA LOWE, an individual;<br><br>                    Plaintiff,<br><br>       v.<br><br>STATION GVR ACQUISITION LLC d/b/a and a/k/a GREEN VALLEY RANCH RESORT SPA CASINO; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>                    Defendants. | **CASE NO. 2:16-cv-00938-JCM-PAL** |

1

**JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Tiana Lowe and Defendant Station GVR Acquisition LLC d/b/a and a/k/a Green Valley Ranch Resort Spa Casino, by and through their respective counsel of record, file this joint motion requesting that the Court dismiss this action with prejudice. Each party shall bear their own attorney's fees and costs incurred in connection with this action.

DATED this 10th day of January, 2017.

SEMENZA KIRCHER RICKARD

*/s/ Lawrence J. Semenza, III*
Lawrence J. Semenza, III, Bar No. 7174
Christopher D. Kircher, Bar No. 11176
Jarrod L. Rickard, Esq., Bar No. 10203
10161 Park Run Dr., Ste. 150
Las Vegas, Nevada 89145

Attorneys for Defendant
STATION GVR ACQUISITION LLC d/b/a GREEN VALLEY RANCH RESORT SPA CASINO
GABROY LAW OFFICES

DATED this 10th day of January, 2017.

*/s/ Christian Gabroy*
Christian Gabroy, Bar No. 8805
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012

Attorney for Plaintiff TIANA LOWE

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATE: January 12, 2017

2